# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALMA JEAN ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-0449-CG-M ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 22nd day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE